IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

THOMAS M. FINCH
ADC #168351 PLAINTIFF

v. No: 4:26-cv-935-DPM

GAYLON LAY, Director,
Arkansas Division of Corrections;
J. GIBSON, Warden,
Arkansas Division of Corrections;
K. DAVIS, Deputy Warden,
Arkansas Division of Corrections;
E. HARRIS, Major,
Arkansas Division of Corrections;
B. BARNETT, Lieutenant,
Arkansas Division of Corrections;
S. JOHNSON, Captain,
Arkansas Division of Corrections;
T. WILLIAMS, Sergeant,
Arkansas Division of Corrections;
DOE, Dietitian,
Arkansas Division of Corrections DEFENDANTS

## JUDGMENT

Finch's complaint is dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

26 October 2026